12 CR 77

~~15-2737~~



USDC EDWI
FILED IN GREEN BAY DIV
OCT - 2 2015
AT ____ O'CLOCK ____ M
JON W. SANFILIPPO

Francis Gerald Grady
#11656-089
FEDERAL MEDICAL CENTER
P.O. Box 1600
Butner, NC 27509-0000

Petitioner
Francis G Grady

V District court
Eastern District of
Wisconsin District Judge
William C Griesbach
Case CR 12CR0077

---

I File this sentence Relife SIR William I motion the very Important matters Is before the court upon the defendant I Francis G Grady Motion to Reduce OR Modify my sentence and or Alternatively For this court to Release the on Medical Illness Discharge and Its supplement. After Review, These filings, the court believes a government Respond in this matter would be Helpfull.

---

Therefore its by this court this Date September 22 2015 Ordered that the government Shall Respond to Francis G Grady defendant petitioner, Motion within 30 day MR. William Griesbach

I am in 4 stage Lung cancer They would cant operat the cancer around call of my throat Francis Grady

Case 1:12-cr-00077-WCG   Filed 10/02/15   Page 1 of 1   Document 113